United States District Court
Southern District of Texas
**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO ZAMUDIO AND VICKI ZAMUDIO, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 3:23-cv-131 |
| PRAETORIAN INSURANCE COMPANY, | § § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 15, 2023, the plaintiffs filed a notice of voluntary dismissal as to its claims against all defendants, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 8.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 16th day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE